IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CAMERON | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-5022 |
| YRC, INC. *D/B/A* YRC FREIGHT | : |
| AND YRC WORLDWIDE, INC. | : |

# **ORDER**

**AND NOW**, this  14th  day of February, 2020, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 7), Plaintiff's Response in Opposition (ECF No. 9), and Defendants' Reply (ECF No. 10), it is **ORDERED**, consistent with the accompanying Memorandum, that the Motion is **DENIED**.

**IT IS SO ORDERED**.

**BY THE COURT:**

**R. BARCLAY SURRICK, J.**